# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Preliminary Revocation/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 19-2325 JCH | UNITED STATES vs. LUVIANO | |
| Hearing Date: | 1/25/2022 | Time In and Out: | 10:57-11:11 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Hondo - Remote |
| Defendant: | Roque Angel Luviano | Defendant's Counsel: | Todd J Bullion |
| AUSA: | Joe Spindle | Pretrial/Probation: | Laina Romero |
| Interpreter: | | Witness: | |

**Initial Appearance**

| | |
|---|---|
| ☐ | Defendant received a copy of charging document |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights |
| ☐ | Defendant |
| ☐ | Government moves to detain     ☐ Government does not recommend detention |
| ☐ | Set for     on     @ |

**Preliminary/Show Cause/Identity**

| | |
|---|---|
| ☒ | Defendant waives Preliminary Revocation Hearing |
| ☒ | Court finds probable cause     ☐ Court does not find probable cause |

**Detention**

| | |
|---|---|
| ☐ | Defendant waives Detention Hearing |
| ☒ | Defense counsel requests release to LPHH; Government defers to USPO; Office Romero does not support LPHH for this defendant; Defense counsel inquires as to alternative release options; Court responds |

**Custody Status**

| | |
|---|---|
| ☒ | Defendant remanded to custody of United States Marshal's Service |
| ☐ | Conditions |

**Other**

| | |
|---|---|
| ☒ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☒ | Matter referred to District Judge for Final Revocation Hearing |
| ☐ | |